# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201700231**

_____

**UNITED STATES OF AMERICA**

Appellee

v.

**FELIX R. JIMENEZ-LE**

Corporal (E-4), U.S. Marine Corps

Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Brandon W. Barnett, USMCR.
Convening Authority: Commanding General, 1st Marine Aircraft Wing, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major Christopher W. Pehrson, USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 21 November 2017

_____

Before HUTCHISON, SAYEGH, and KOVAC, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court